ACCEPTED
14-14-00112-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 7:28:48 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00112-CV

_____

IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 7:28:48 PM
CHRISTOPHER A. PRINE
Clerk

_____

DEBRA C. GUNN, M.D.; OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A.;
AND OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES P.L.L.C.,
*Appellants,*

*v.*

ANDRE MCCOY, AS PERMANENT GUARDIAN
OF SHANNON MILES MCCOY, AN INCAPACITATED PERSON,
*Appellee.*

_____

On Appeal from Cause No. 352,923-401
In the Second Probate Court of Harris County, Texas

_____

**UNOPPOSED MOTION TO INCREASE WORD-COUNT
LIMIT FOR REPLY BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellant Debra Gunn, M.D., respectfully files this unopposed motion to increase by 1,958 words the word count for Dr. Gunn's Reply Brief.  In support of this request, Dr. Gunn would show the Court as follows:

1.    McCoy has filed briefs totaling 37,995 words in this case. On September 8, 2014, McCoy filed a Response to OGA's opening brief containing 18,962 words. On December 4, 2014, McCoy filed a Response to Dr. Gunn's opening brief containing 19,033 words.

2.　　McCoy has not requested, and has not been granted, an extension to the usual 15,000-limit for either response brief. Nor has McCoy requested or received an extension of the usual 27,000-word count applicable to a party's aggregate appellate briefing.

3.　　Dr. Gunn's reply brief must take into consideration McCoy's nearly 38,000 words of briefing, as well as OGA's response brief on the issue of indemnity.

4.　　Under Texas Rule of Appellate Procedure 9.4, Dr. Gunn is allocated 7,500 words to use in her Reply brief.  By this motion, Dr. Gunn asks the Court to increase her word count by 1,958 words.

5.　　This motion is unopposed.

6.　　Dr. Gunn has endeavored to provide the Court with a succinct reply that will assist the Court in understanding the issues presented in this case and arrive at a just result.  However, due to the numerous issues raised by this appeal and McCoy's voluminous briefing, Dr. Gunn was unable to draft a reply with fewer than 7,500 words.  Dr. Gunn therefore requests an extension for good cause. *See* TEX. R. APP. P. 9.4(i)(4).

7.　　Dr. Gunn is not filing this motion for the purpose of imposing any burden, but rather to enable Dr. Gunn to file a reply that will assist the Court in resolving this matter.

## PRAYER

For the forgoing reasons, Dr. Gunn respectfully asks the Court to grant this Motion and to allow additional words to Dr. Gunn's reply brief in order to comport with Texas Rules of Appellate Procedure 9.4(i)(2)(B) and (C). Dr. Gunn also requests all such other relief to which she is entitled.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

*/s/ Jeffery T. Nobles*
Jeffery T. Nobles
State Bar No. 15053050
jnobles@bmpllp.com
Nicholas D. Stepp
State Bar No. 24077701
nstepp@bmpllp.com
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

HARRIS HILBURN L.L.P.

Barbara A. Hilburn
State Bar No. 09618950
bhilburn@hhstxlaw.com
1111 Rosalie Street
Houston, Texas 77004
Telephone: (713) 223-3936
Facsimile: (713) 224-5358

***Attorneys for Appellant Debra C. Gunn, M.D.***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel to ask if they are opposed or unopposed to the relief requested in this motion and that they are unopposed.

*/s/ Jeffery T. Nobles*
Jeffery T. Nobles

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via e-filing or facsimile to the following parties on January 23, 2015:

THE KLEIN LAW FIRM
Alexander B. Klein, III
Email:
Alex@thekleinlawfirm.com
2000 The Lyric Centre
4400 Louisiana St.
Houston, Texas 77002
Telephone: (713) 650-1111
Facsimile: (713) 227-1121

THE TROMBLEY LAW FIRM,
P.L.L.C.
J. Todd Trombley
Email: Todd@trombleylaw.com
442 Heights Boulevard
Houston, Texas 77007
Telephone: (713)869-1240
Facsimile: (713)869-1465

HUND, KRIER, WILKERSON &
WRIGHT, P.C.
Jim Hund
Email: Jhund@hkwwlaw.com
Linda Russell
Email: Lrussell@hkwwlaw.com
P.O. Box 54390
Lubbock, Texas 79453-4390
Telephone: (806) 783-8700
Facsimile: (806) 783-8710

*/s/ Nicholas D. Stepp*
Nicholas D. Stepp